## Commonwealth *v.* Roundtree, Appellant.

Submitted March 24, 1970. *Albert Der Movsesian,* for appellant; *Richard Max Bockol,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Sanders, Appellant.

Argued March 16, 1970. *Marina Angel,* Assistant Defender, with her *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Martin H. Belsky,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.